UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),

v.                                         Case No. 2:19−cv−13558−SJM−APP
                                              Hon. Stephen J. Murphy

$74,333.55 U.S. Currency in
Comerica Bank Account No.
6826050475 in the name of
David Lewis Jr., et al.,

                    Defendant(s),

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 7/20/2022, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.

                                                s/Stephen J. Murphy, III
                                                Stephen J. Murphy, III
                                                U.S. District Judge

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/D Parker
                                                       Case Manager

Dated:   July 13, 2022