UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,
Plaintiff

v.                                                                  Case No. 19-cv- 13558
                                                                    Hon. Stephen J. Murphy

Funds in Fidelity Investment Account No. 637-409820
        et al.

_____/

## ANSWER OF IVANOVIC CONSTRUCTION, INC.

Claimant, Ivanovic Construction, Inc. hereby Answers pursuant to the Court's August 18, 2022 Order requiring Answers as follows:

1. Ivanovic Construction, Inc.(" Ivanovic") previously filed its claim relative to 27253 Van Dyke, Warren; 27333 Van Dyke, Warren; and 615-617 N. main in rem properties.

2. Ivanovic is a contractor that recorded claims of Lien on the properties.

3. Ivanovic claims to be owed: $76,800 on 27333 Van Dyke and $74,800 on 27253 Van Dyke properties.

4. Ivanovic has been in active negotiations to resolve its claims.

5. In the event such informal negotiations are not fruitful, Ivanovic will proceed with mediation and settlement discussions pursuant to the Court's August 18, 2022 Order.

                                        MATTHEW C. NORRIS, PLC
                                        By:__/s/ Matthew C. Norris_____
                                        MATTHEW C. NORRIS (P36806)
                                        Attorney for 27333 VAN DYKE,
                                        27253 VAN Dyke,

                                                               615-617 N. Main *in rem* parties
                                                               35055 W. 12 Mile Road, Ste. 207
                                                               Farmington Hills, MI  48331
Dated:  September 9, 2022                    (248) 994-7320